IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JAMES MORRIS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:17-CV-511 |
| WARDEN LOUIS | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, James Morris, a federal inmate formerly confined at FCI Beaumont Low, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleading. Petitioner filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court finds petitioner's objections lacking in merit. Petitioner merely states the filing and exhibits show the remedy process is being unlawfully restricted and disregarded by some staff and/or the named staff. Petitioner, however, does not state how the remedy process is being unlawfully restricted and disregarded by staff. As outlined by the Magistrate Judge, petitioner did not follow the BOP administrative remedy procedures for Discipline Hearing Officer (DHO) appeals. Petitioner's objections are overruled.

ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED** this the 20 day of **March, 2019.**

_____
Thad Heartfield
United States District Judge